# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1712

_____

United States of America,      *
                                    *

          Appellee,      *

                                    *    Appeal from the United States

     v.                            *    District Court for the

                                    *    District of Minnesota.

Julian Castaneda,              *

                                    *    [UNPUBLISHED]

          Appellant.      *

_____

Submitted: February 2, 2007
Filed: February 9, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Julian Castaneda appeals the 140-month prison sentence the district court[1] imposed following this court's remand for resentencing under <u>United States v. Booker</u>, 543 U.S. 220 (2005). Counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), in which he seeks leave to withdraw. We conclude the sentence was not unreasonable. <u>See</u> <u>United States v. Bryant</u>, 446 F.3d 1317, 1319 (8th Cir. 2006) (when there is no dispute about applicable Guidelines range, appeals court considers whether sentence imposed is reasonable in light of 18 U.S.C. § 3553(a)

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

factors).  Further, after our review of the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel leave to withdraw, and we affirm the sentence.

_____